IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>BALTIMORE COUNTY, )<br>MARYLAND )<br>)<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:23-cv-02418-RDB |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff United States of America and Defendant Baltimore County, Maryland jointly move the Court to approve and enter the Consent Decree ("Decree"), attached as Exhibit 1, resolving the above-captioned case. This Motion is made and supported by the attached Memorandum.

Respectfully submitted,

FOR PLAINTIFF UNITED STATES OF AMERICA:

EREK L. BARRON
United States Attorney
District of Maryland

/s/ Sarah Marquardt
SARAH MARQUARDT, Bar #17294
Assistant U.S. Attorney
District of Maryland
36 S. Charles St., 4th Fl.
Baltimore, MD 21201
Phone: (410) 209-4801
Fax: (410) 962-2310
Sarah.Marquardt@usdoj.gov

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD
Chief
Employment Litigation Section

CLARE F. GELLER
Deputy Chief
Employment Litigation Section

/s/ Shan R. Shah
SHAN R. SHAH, DC Bar #1027229
SHARION SCOTT, DC Bar #1617438
Trial Attorneys

                              U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
150 M Street, N.E.
Washington, DC 20530
Phone (Shah): (202) 598-9621
Phone (Scott): (202) 598-5592
Fax: (202) 514-1005
Shan.Shah@usdoj.gov
Sharion.Scott@usdoj.gov

*Counsel for the United States*

**FOR DEFENDANT BALTIMORE COUNTY, MARYLAND:**

JAMES R. BENJAMIN, JR., Bar No. #27056
County Attorney

*/s/ Glenn T. Marrow*
Glenn T. Marrow, Bar #23731
Deputy County Attorney

*/s/ Dorrell A. Brooks*
DORRELL A. BROOKS, Bar #27058
Special Assistant County Attorney

Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, MD 21204
(410) 887-4420
gmarrow@baltimorecountymd.gov

*Counsel for Baltimore County, Maryland*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 5, 2023, a copy of the foregoing Motion for Entry of Consent Decree, Memorandum in support thereof, and Exhibit 1 (Proposed Consent Decree) were served by electronic mail and Federal Express.

                                                                                   */s/ Sarah A. Marquardt*
                                                                                Sarah A. Marquardt
                                                                                Assistant United States Attorney