# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> v. </br></br> BALTIMORE COUNTY, MARYLAND </br></br>  Defendant. | Civil Action No. 1:23-cv-02418-RDB </br></br> JURY TRIAL DEMANDED |

### [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR ENTRY OF CONSENT DECREE

The Court has before it the Joint Motion for Entry of Consent Decree and Proposed Consent Decree. Upon consideration of the Memorandum of Law in Support of Joint Motion for Entry of Consent Decree, it is this **6th** day of **SEPTEMBER**, 2023, hereby ORDERED that:

1. The Joint Motion for Entry of Consent Decree is GRANTED; and

2. The Court will enter the Consent Decree as a separate Judgment and Order of the Court and order it docketed.

_____
The Honorable Richard D. Bennett
United States District Judge